**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vaughn E. JAMES, Petitioner**

No. 489 WAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Loren KISKADDEN, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, Respondent**

No. 480 WAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Muhammad HARGOVE, Petitioner**

v.

**John J. TALABER, Pennsylvania Board of Probation and Parole, et. al. Respondents**

No. 38 EM 2017

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.